JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KIMBERLY THOMAS, an individual,

Plaintiff,

v.

WALMART, INC., and DOES 1 through 25, inclusive,

Defendants.

Case No. 5:22-cv-00892-MWF(KKx)

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: July 19, 2023

MICHAEL W. FITZGERALD
United States District Judge